United States District Court
Southern District of Texas
**ENTERED**
January 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT THOMAS, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00705 |
| PCF PROPERTIES OF TEXAS, LLC, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court[1] are two Replies filed by Third-Party Defendants James M. Andersen and Elizabeth Thomas joined by Plaintiffs James Allen, Robert L. Thomas, and Allan Haye (the "Parties"). Doc. #45; Doc. #46. The Court finds that the Replies do not comply with Rule B.5(f) of this Court's Procedures and Practices. Specifically, absent leave of the Court for extended briefing, reply briefs must not exceed five (5) pages in length, including the case style, any table of contents or authorities, and signature block. Accordingly, it is hereby ORDERED that the Replies and accompanying exhibits be STRICKEN from the record.

The Parties may refile its amended Replies in accordance with Rule B.5 within fourteen (14) days of the entry of this order.

It is so ORDERED.

JAN 0 3 2023
_____  
Date

_____  
The Honorable Alfred H. Bennett
United States District Judge

---

[1] Also before the Court is Defendant PCF Properties of Texas LLC and Third-Party Defendant J.P. Morgan Chase Bank, N.A.'s Joint Motion to Strike (Doc. #48), which is now moot based on the ruling contained herein.