## VERIFICATION

STATE OF TEXAS &sect;
COUNTY OF HARRIS &sect;

On this day, JAMES M.ANDERSEN appeared before me, the undersigned notary public, and after I administered an oath to JAMES M.ANDERSEN, upon his oath, JAMES M.ANDERSEN said he read the Motion to Show Authority, and the facts stated in it are within his own personal knowledge and are true and correct.

*/s/ James M. Andersen*
JAMES M. ANDERSEN

SWORE TO and SUBSCRIBED before me by on the _9th_ day of January 2023.

STEPHANIE CONN
Notary Public, State of Texas
Comm. Expires 12-19-2023
Notary ID 128832058

*/s/ Stephanie Conn*
Notary Public in and for
the State of Texas